# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANI S., | Case No. 2:20-cv-03182-PA-AGR |
| Plaintiff, | **ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |
| vs. | |
| STANDARD INSURANCE COMPANY; OAKTREE CAPITAL MANAGEMENT HEALTH AND WELFARE PLAN, | |
| Defendant. | |

Based upon the stipulation of the parties and for good cause shown,

IT IS HEREBY ORDERED that this action, Case No. 2:20-cv-03182-PA-AGR, is dismissed in its entirety as to all defendants with prejudice. All dates set in this matter are hereby taken off calendar.

IT IS HEREBY FURTHER ORDERED that each party shall bear her or its own attorneys' fees and costs in this matter.

Dated: September 21, 2020

_____
Percy Anderson
United States District Judge

175159.1.